UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Shelter Insurance Co., | ) | |
| as subrogee of Tammy Inglis, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No.: 1:12-cv-1007 |
| | ) | |
| Sunshinelighting.com, Inc., | ) | |
| Defendant. | ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil procedure 7.1, defendant, LIGHTING & SUPPLIES, INC., d/b/a SUNSHINE LIGHTING, improperly named as SUNSNHINELIGHTING.COM, INC., hereby submits the following corporate disclosure statement:

1. Lighting and Supplies, Inc. does not have a parent corporation.

2. No publically held corporation owns 10% or more of its stock.

Respectfully submitted,

  /s/ Christopher P. Phillips
Bruce P. Clark, #3751-45
Christopher P. Phillips, #30079-64
Attorneys for Defendant

**BRUCE P. CLARK & ASSOCIATES**
7880 Wicker Avenue, Suite 300
St. John, Indiana 46373
(219) 365-6300
CPP/
p13553.corp.disc.wpd

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of July 2012, a true and accurate copy of the foregoing document was served upon:

Carolyn Small Grant
T. Blake Orner
GRANT & GRANT
3520 N. Washington Blvd.
Indianapolis, IN 46205

by depositing the same in the United States Mail with sufficient first-class postage affixed, a copy of which was filed on the Court's CM/ECF filing system.

                                                        /s/ Christopher P. Phillips